IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MICHAEL K. CASTILLE                                                                                 PLAINTIFF

vs.                                           Civil No. 1:07-cv-01114

MICHAEL J. ASTRUE                                                                                 DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 31st day of October 2008, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED.**

                                                                  /s/  Barry A. Bryant
                                                                  HON. BARRY A. BRYANT
                                                                  U. S. MAGISTRATE JUDGE